**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

To: Kenneth E. Goolsby
Alliance Legal Group
133 Mount Pleasant Road
Chesapeake, VA 23322

In re   Ervin Lewis Burke

Case No.   19-50853-FJS

Chapter   7

# NOTICE TO CURE CREDITOR MATRIX DEFICIENCY

Pursuant to Local Bankruptcy Rule 1007-1, the petition filed by you is deficient for the reason set out below. Failure to cure the deficiency **on or before** _____**June 20, 2019**_____ **may result in the dismissal of your bankruptcy case**.

✓   creditor matrix not uploaded into CM/ECF through Creditor Maintenance.

Upon completion of the upload, docket the event **Creditor Matrix Uploaded/Diskette Received**, from the Miscellaneous category of the Bankruptcy Events menu, and terminate the pending deadline.

___   creditor matrix diskette not submitted to the Clerk, together with Cover Sheet for List of Creditors.

___   creditor matrix not submitted in scannable hard copy format, with Request for Waiver and Cover Sheet for List of Creditors attached.

CLERK, UNITED STATES BANKRUPTCY COURT

Date:  June 18, 2019

By  /s/ Vickie Griffin
           Deputy Clerk

Telephone Number:  757-222-7524

Electronic Notice  ✓

Notice by Mail  ___

[ntcrmtrx. ver. 10/18]